In the Matter of the Application of George N. Armsby and Others, Petitioners, Appellants, for an Order for the Inspection of a List of the Holders of Voting Trust Certificates of Wickwire Spencer Steel Company, against George W. Treat and Others, Respondents.— Order unanimously affirmed, with twenty

dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.